Eric Myers, SBN 8588
Luke Dowling, SBN 16524
**McCRACKEN, STEMERMAN, HOLSBERRY, LLP**
475 14th Street, Suite 1200
Oakland, CA 94612
Telephone: 415-597-7200
Fax: 415-597-7201
Email: *ebm@msh.law*
*ldowling@msh.law*

*Attorneys for Plaintiff Enoch Knowles*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ENOCH KNOWLES,<br><br>Plaintiff,<br><br>v.<br><br>REGIONAL EMERGENCY MEDICAL SERVICES AUTHORITY and REGIONAL AMBULANCES SERVICES, INC.<br><br>Defendant. | Case No. 3:26-cv-00506-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD CAUSE OF ACTION (DEFAMATION)**<br><br>**FIRST REQUEST FOR EXTENSION** |

Plaintiff Enoch Knowles and Defendants Regional Emergency Medical Services Authority and Regional Ambulances Services, Inc., by and through their respective counsel of record, stipulate to an eleven-day extension of time for Plaintiff to file his opposition to Defendants' Motion to Dismiss Plaintiff's Third Cause of Action (Defamation) (ECF #6). The response is currently scheduled to be filed on August 17, 2026. If this stipulated motion is granted, the response will be due on August 28, 2026. This is Plaintiff's first request for an extension with respect to the motion at issue.

In favor of this motion, counsel for Plaintiff states that he was out of the office during the week of August 3, 2026 on a preplanned vacation, and was unable to work on the response. He has returned to the office as of August 10, 2026, but will be taking his son to college from August 14 to

16, 2026. In addition to responding to this motion, he has arbitration hearings to prepare for on August 24 and 26, 2026, as well as other pending matters.

This request is not made for the purpose of delay but to allow Plaintiff to adequately address the issues raised by Defendants in their motion to dismiss.

DATED: August 10, 2026

Respectfully Submitted,

**McCRACKEN, STEMERMAN & HOLSBERRY, LLP**

By: */s/ Eric B. Myers*
Eric B. Myers
Luke N. Dowling

*Attorneys for Plaintiff Enoch Knowles*

DATED: August 10, 2026

Respectfully Submitted,

**SUTTON HAGUE LAW CORPORATION, P.C.**

By: */s/ Jared Hague*
S. Brett Sutton
Jared Hague

*Attorneys for Defendants REMSA and RASI*

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE,

DATED: August 11, 2026